**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

THELMA WILLIAMS,
ADC # 93197                                                                        PLAINTIFF

v.                                        CASE NO. 4:11-cv-00137-BRW

SUSAN WEBBER WRIGHT,
United States District Judge; and
J. LEON HOLMES, United States
District Judge                                                                    DEFENDANTS

**JUDGMENT**

   Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and

ADJUDGED that this case is DISMISSED. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3),

that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be

taken in good faith.

   DATED this 3rd day of March, 2011.


          /s/ Billy Roy Wilson
          UNITED STATES DISTRICT JUDGE